28

PA ADVISORS, LLC (now known as nXn Tech, LLC), Plaintiff–Appellant,

v.

GOOGLE, INC. and Yahoo! Inc., Defendants–Appellees.

No. 2010–1370.

United States Court of Appeals, Federal Circuit.

Sept. 22, 2010.

Charles K. Verhoeven, David A. Perlson, Quinn Emanuel Urquhart, San Francisco, CA, Brian C. Cannon, Quinn Emanuel Urquhart Oliver, Redwood Shores, CA, William C. Rooklidge, Jones Day, Irvine, CA, for Defendants–Appellees.

Elizabeth A. Wiley, The Wiley Firm PC, Austin, TX, Lori Eden Burgess, Andrews Kurth, LLP, Washington, DC, Kendall M. Gray, Andrews Kurth, LLP, Houston, TX, Scott A. Brister, Andrews Kurth, LLP, Austin, TX, for Plaintiff–Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

James J. CHAPMAN, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5140.

United States Court of Appeals, Federal Circuit.

Sept. 23, 2010.

### ORDER

Appellant having paid the required docketing fee,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's September 2, 2010, 2010 WL 8357226, dismissal order is vacated, the mandate is recalled, and the notice of appeal is reinstated.

(2) Appellant's brief is due on or before November 22, 2010.